**FILED**

August 9, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )
                                       )        Case No.  2:07-cr-333 FCD
                  Plaintiff,           )
                                       )
v.                                     )        ORDER FOR RELEASE
                                       )        OF PERSON IN CUSTODY
Aaron Lafon,                           )
                                       )
                  Defendant.           )
                                       )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release _Aaron Lafon_   Case _2:07-cr-333 FCD_   from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

     \_     Release on Personal Recognizance

     \_     Bail Posted in the Sum of _____

    _X_    Secured bond in the amount of $240,000

     \_     Appearance Bond with 10% Deposit

     \_     Appearance Bond secured by Real Property

     \_     Corporate Surety Bail Bond

    _X_    (Other) _PTS conditions/supervision_

Issued at _Sacramento, CA_ on _8/9/07_      at _2:15 p.m._

By _____

Kimberly J. Mueller,
United States Magistrate Judge