```
 1 | John R. Manning
    | Attorney at Law
 2 | Ca. St. Bar No. 220874
    | 1812 J Street, Suite 22
 3 | Sacramento, CA  95814
    | Telephone:  (916) 444-3994
 4 |
    | Attorney for Defendant
 5 | William James Moore
 6 |
 7 |             IN THE UNITED STATES DISTRICT COURT
 8 |            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9 |
10 | UNITED STATES OF AMERICA,    )   2:07-cr-0333 FCD
    |                             )
11 |         Plaintiff,           )   STIPULATION AND
    |                             )   ORDER CONTINUING
12 |    v.                        )   STATUS CONFERENCE
    |                             )
13 | WILLIAM JAMES MOORE and      )
    | AARON LAFON                 )
14 |                             )   Date:  11/5/07
    |         Defendants.         )   Time:  10:00 a.m.
15 | _____)   Judge: Hon. Frank C. Damrell Jr.
```

16

17     IT IS HEREBY stipulated between the United States of America

18  through its undersigned counsel, Carolyn Delaney, Assistant

19  United States Attorney, together with counsel for defendant

20  William James Moore, John R. Manning Esq., and counsel for

21  defendant Aaron Lafon, Tim Warriner Esq., that the status

22  conference presently set for November 5, 2007 be **continued to**

23  **January 14, 2008, at 10:00 a.m.**, thus **vacating** the presently set

24  status conference.

25     Counsel for the parties agree that this is an appropriate

26  exclusion of time within the meaning of Title 18, United States

27  Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time

28  for effective preparation as well as Mr. Manning being in trial)

1

and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, January 14, 2008.

IT IS SO STIPULATED.

Dated: October 30, 2007          /s/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 William James Moore

Dated: October 30, 2007          /s/ Tim Warriner
                                 Tim Warriner
                                 Assistant Federal Defender
                                 for Defendant Aaron Lafon

Dated: October 30, 2007          McGREGOR W. SCOTT
                                 United States Attorney

                            by:  /s/ Carolyn Delaney
                                 Carolyn Delaney
                                 Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the November 5, 2007 status conference is continued to January 14, 2008 at 10:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to January 14, 2008.

IT IS SO ORDERED.

DATED: November 1, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE