John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
William James Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-0333 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING |
| v. | STATUS CONFERENCE |
| William James Moore & Aaron Lafon | |
| | Date:  1/14/08 |
| Defendants. | Time:  10:00 a.m. |
| | Judge: Frank C. Damrell Jr. |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn Delaney, Assistant United States Attorney, together with counsel for defendant William James Moore, John R. Manning Esq., and counsel for defendant Aaron Lafon, Tim Warriner Esq., that the status conference presently set for January 14, 2007 be **continued to February 11, 2008, at 10:00 a.m.**, thus **vacating** the presently set status conference.

   Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation as well as Mr. Manning being in trial)

1

1  and Local Code T4, and agree to exclude time from the date of the
2  filing of the order until the date of the status conference,
3  February 11, 2008.
4      IT IS SO STIPULATED.
5  Dated: January 10, 2008      /s/ John R. Manning
   JOHN R. MANNING
6     Attorney for Defendant
   William James Moore
7
8  Dated: January 10, 2008      /s/ Tim Warriner
   Tim Warriner
9     Assistant Federal Defender
   for Defendant Aaron Lafon
10
11
  Dated: January 10, 2008      McGREGOR W. SCOTT
12    United States Attorney
13
   by: /s/ Carolyn Delaney
14    Carolyn Delaney
   Assistant U.S. Attorney
15
16                     ORDER
17     GOOD CAUSE APPEARING, it is hereby ordered that the
18 January 14, 2008 status conference be continued to
19 February 11, 2008 at 10:00 a.m.  I find that the ends of justice
20 warrant an exclusion of time and that the defendant's need for
21 continuity of counsel and reasonable time for effective
22 preparation, as well as Mr. Manning being in trial exceeds the
23 public interest in a trial within 70 days.  THEREFORE IT IS
24 FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. §
25 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order
26 to February 11, 2008.
27     IT IS SO ORDERED.
28 Dated: January 10, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE