Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
AARON LAFON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM JAMES MOORE and<br>AARON LAFON,<br><br>　　　　　Defendants.<br>_____ | No. CR S-07-0333 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME |

The parties hereby stipulate to the following:

1. A status conference in this matter is scheduled for February 11, 2008 at 10:00 a.m.

2. Counsel are in the process of reviewing documentary evidence and conducting investigations. Additional time is needed for counsel to complete pretrial investigation. Therefore, a continuance of the status conference until **March 10, 2008** is requested.

3. It is further stipulated by the parties that time continue to be excluded to March 10, 2008 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

\\\

\\\

1

DATED: February 7, 2008     /s/ Tim Warriner
Attorney for defendant, AARON LAFON

DATED: February 7, 2008     /s/ John R. Manning
Attorney for defendant, WILLIAM JAMES MOORE

DATED: February 7, 2008     /s/ Carolyn Delaney
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for February 11, 2008 be continued to March 10, 2008 at 10:00 a.m., and that time continue to be excluded to March 10, 2008 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: February 11, 2008

2