John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
William James Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-0333 FCD |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION AND |
| | ) | ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| William James Moore & | ) | |
| Aaron Lafon | ) | |
| | ) | Date:  3/10/008 |
| Defendants. | ) | Time:  10:00 a.m. |
| _____ | ) | Judge: Hon. Frank C. Damrell Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn Delaney Esq., Assistant United States Attorney, together with counsel for defendant William James Moore, John R. Manning Esq., and counsel for defendant Aaron Lafon, Tim Warriner Esq., that the status conference presently set for March 10, 2008 be **continued to April 14, 2008, at 10:00 a.m.**, thus **vacating** the presently set status conference.

    Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation as well as Mr. Warriner being in trial)

and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, April 14, 2008.

IT IS SO STIPULATED.

Dated: March 5, 2008              /s/ John R. Manning
                                  JOHN R. MANNING
                                  Attorney for Defendant
                                  William James Moore

Dated: March 5, 2008              /s/ Tim Warriner
                                  Tim Warriner
                                  Assistant Federal Defender
                                  for Defendant Aaron Lafon

Dated: March 5, 2008              McGREGOR W. SCOTT
                                  United States Attorney

                              by: /s/ Carolyn Delaney
                                  Carolyn Delaney
                                  Assistant U.S. Attorney

     IT IS SO ORDERED.

DATED: March 6, 2008

                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE