Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
AARON LAFON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S- 07-0333 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING |
| WILLIAM JAMES MOORE, ) | TIME |
| AARON LAFON, and ) | |
| ROY SWISHER ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is scheduled for June 16, 2008 at 10:00 a.m.

2. Counsel are in the process of reviewing documentary evidence, as well as reviewing the pre-plea reports. Additional time is needed for counsel to complete this process to include the review of pre-plea reports with the clients as well as continued plea negotiations. Therefore, a continuance of the status conference until **August 4, 2008** is requested.

3. It is further stipulated by the parties that time continue to be excluded to August 4, 2008 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

\\\

1

DATED: June 13, 2008    /s/ Tim Warriner
Attorney for defendant, AARON LAFON

DATED: June 13, 2008    /s/ John R. Manning
Attorney for defendant, WILLIAM JAMES MOORE

DATED: June 13, 2008    /s/ Michael Long
Attorney for defendant, ROY SWISHER

DATED: June 13, 2008    /s/ Carolyn Delaney
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for June 16, 2008 be continued to August 4, 2008 at 10:00 a.m., and that time continue to be excluded to August 4, 2008 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: June 13, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE