**FILED**
June 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Roy Swisher, ) <br> ) <br> Defendant. ) | Case No. 2:07-cr-333 FCD <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Roy Swisher   Case  2:07-cr-333 FCD   from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Secured bond in the amount of $200,000, secured by all available equity in defendant's home.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/30/08   at  3:30 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge