Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
AARON LAFON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S-07-0333 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING DATE FOR |
| ) | JUDGMENT AND SENTENCE |
| ) | |
| AARON LAFON, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The parties hereby stipulate to the following:

1. Judgment and sentencing in this matter is presently set for September 22, 2008. In order to give counsel additional time to provide materials to the probation officer, it is hereby requested that the date for judgment and sentencing be continued to October 20, 2008 at 10:00 a.m.

2. The parties hereby request that the court adopt the following schedule pertaining to the presentence report:

Motion for correction of the
presentence report:            October 13, 2008

Presentence report filed with
Court and disclosed to counsel:  October 6, 2008

Counsel's written objections
to presentence report due:      September 29, 2008

1

| | |
|---|---|
| Proposed presentence report disclosed to counsel by: | September 15, 2008 |

DATED: August 11, 2008          /s/ Tim Warriner
                                Attorney for defendant, AARON LAFON

DATED: August 11, 2008          /s/ Jason S. Hitt
                                Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Aaron Lafon be continued from September 22, 2008 to October 20, 2008. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: August 12, 2008          _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE