1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for defendant,
   AARON LAFON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S-07-0333 FCD |
| Plaintiff, | ) | |
| | ) | ORDER EXONERATING BOND |
| v. | ) | |
| AARON LAFON, | ) | |
| Defendant. | ) | |

On October 20, 2008, the defendant in the above captioned matter was sentenced to serve a term of 75 months in the Bureau of Prisons. Defendant previously posted a $250,000 appearance bond secured by a deed of trust. Accordingly, the surety for defendant's bail bond is entitled to the release of the home title, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

DATED: October 24, 2008        /s/ Tim Warriner, Attorney for Defendant,
                               AARON LAFON

IT IS SO ORDERED

DATED: October 27, 2008        _____
                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE